**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000182
28-FEB-2025
08:42 AM
Dkt. 44 ODSD**

NO. CAAP-22-0000182

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ANNIE M. AEA, Claimant/Appellant-Appellant, v.
KIEWIT INFRASTRUCTURE CO., Employer/Appellee-Appellee, and
GALLAGHER BASSETT SERVICES, INC.,
Insurance Carrier/Appellee-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEAL BOARD
(CASE NO. AB 2020-140; DCD NO. 2-15-06201)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon review of the record, it appears that:

(1) On March 24, 2022, Claimant/Appellant-Appellant Annie M. Aea (Aea) filed the notice of appeal self-represented;

(2) On May 23, 2022, Aea filed the statement of jurisdiction self-represented and Aea's counsel filed a motion to withdraw as counsel;

(3) On June 23, 2022, the appellate clerk entered a default of the opening brief, notifying Aea that the time for filing the opening brief expired on June 22, 2022, and cautioning Aea that the appeal could be dismissed for failure to file the opening brief, under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 30. The appellate clerk mailed a copy of the default notice to Aea at her address on record;

(4) On June 29, 2022, the court granted Aea's counsel's motion to withdraw as counsel, extended the opening brief deadline to August 8, 2022, and ordered the appellate clerk to

mail a copy of the order to Aea at her mailing address listed in counsel's motion; and

(5) The appellate clerk complied with the June 29, 2022 order, and Aea subsequently filed several documents in this appeal, none of which could be construed as the opening brief or a motion for extension of time for the opening brief.  Thus, Aea is in default of the opening brief for a second time in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.  See HRAP Rule 30.

DATED:  Honolulu, Hawaiʻi, February 28, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge